**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>WASTE PRO OF FLORIDA, INC.<br><br>Defendant. | Case No. 3:23-cv-01132-WWB-MCR |

**JOINT MOTION FOR APPROVAL OF CONSENT DECREE**

Pursuant to Federal Rule of Civil Procedure (7)(b)(1), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Waste Pro of Florida, Inc. ("Defendant") hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for the motion, the parties state as follows:

1. EEOC commenced this action on September 26, 2023 against Defendant alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"). Doc. 1.

2. EEOC's Complaint alleged that Defendant discriminated against Charging Party Fednol Pierre and a class of other aggrieved Black and/or Haitian-American employees by subjecting them to a hostile work environment on the basis of their race, color, and national origin. *Id.* EEOC's Complaint also alleges that Charging Party Pierre was retaliated against in violation of Title VII. Defendant denies these allegations and admits no wrongdoing or violation of the law.

1

3. As a result of having engaged in comprehensive settlement negotiations, the parties agreed to resolve this action in its entirety upon the terms reflected in the executed Consent Decree, attached as **Joint Exhibit A**. The attached Consent Decree reflects the terms of the monetary and injunctive relief to which the parties have agreed after contemplating the specific facts of this case.

4. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reason why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

5. The entry of the Consent Decree will further the objectives of Title VII and will be in the best interests of EEOC, Defendant, and the public.

Dated:  October 15, 2024			Respectfully submitted,

/s/ Austin N. Case
AUSTIN N. CASE
Trial Attorney
Connecticut Bar No. 439030
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Phone: 786-648-5846
austin.case@eeoc.gov

*Attorney for Plaintiff EEOC*

/s/ Amy S. Shay
Amy S. Shay
Matthew J. Pearce
Stovash, Case, Shay & Pearce, PA
220 North Rosalind Ave.
Orlando, Florida 32801

(407)316-0393
ashay@scsplaw.com
mpearce@scsplaw.com

*Attorneys for Defendant*