UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

         Plaintiff,

v.                                                             Case No.: 3:23-cv-1132-WWB-MCR

WASTE PRO OF FLORIDA, INC.,

         Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Consent Decree (Doc. 65). Therein, the parties state that they have reached a settlement of the claims in this litigation and ask the Court to enter Consent Decree (Doc. 65-1) setting out the monetary and injunctive terms of their agreement. However, the filing fails to provide this Court with any legal or factual basis for the granting of such relief or to further elaborate on the need for or entitlement to a judgment from this Court. Additionally, the filing fails to comply with Local Rule 3.01(a). Accordingly, it is **ORDERED** that the parties' Joint Motion for Approval of Consent Decree (Doc. 65) is **DENIED**. On or before **April 29, 2025**, Plaintiff shall **SHOW CAUSE** why the claims against Defendant should not be dismissed with prejudice pursuant to Local Rule 3.09(b). Failure to timely to do so may result in the dismissal of this case without further notice.

       **DONE AND ORDERED** in Jacksonville, Florida on April 22, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record